IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Plaintiff,                    No. CIV S-12-0598 GGH P

    vs.

MATTHEW CATE, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner pro se. He seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

        In the instant case plaintiff states that he is owed three months of custody credits, as he was forced to serve an extra three months due to the negligence, maliciousness and deliberate indifference of defendants. Plaintiff seeks monetary damages. However, in Case 11-1041 JLT, plaintiff has also brought an action seeking damages for several claims including a claim regarding three months of credits, though against different defendants. See Doc. 11, First Amended Complaint at 11 in Case 11-1041 JLT.

        Plaintiff also sent a letter to the court on the instant case (Doc. 10) and indicated that CDCR has awarded him over 4 months of credits, though he is apparently still incarcerated.

1

1  Regardless, plaintiff shall show cause within 21 days why the instant case should not be
2  dismissed as duplicative of Case 11-1041 JLT.
3          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
4  show cause within 21 days why the instant case should not be dismissed as duplicative.
5  DATED: May 9, 2012

                                        /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH: AB
john0598.ord